[No. 7872–4–II. Division Two. April 29, 1986.]

JOHN T. GEAR, *Appellant*, v. JACK C. WHITE,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 84-2-00099-1, Arthur W. Verharen, J., entered

May 18, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Alexander, JJ.